**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

| | |
|---|---|
| **In re** | **Case No.: 17–45548 – A659** |
| **Debtor(s):** | **Chapter: 7** |
| Rhonda Lanette Hamilton | |
| − See below for reported alias information | |
| xxx−xx−8028 | |

## ORDER APPROVING TRUSTEE'S FINAL REPORT

The Chapter 7 Trustee's Final Report is before the Court. The United States Trustee has no objection thereto, notice of the Final Report has been given to all parties in interest, and no objections to the Final Report have been timely filed.

IT IS, THEREFORE, **ORDERED** that:

1. The Chapter 7 Trustee's Final Report, which includes the Chapter 7 Trustee's proposed distribution, is APPROVED. The Chapter 7 Trustee shall pay expenses, fees, and dividends accordingly;

2. If funds are not negotiated or are returned after the initial distribution under this Order, the Chapter 7 Trustee shall prorate any and all remaining funds one time and redistribute those funds to other creditors according to the priorities set forth in 11 U.S.C. §§ 507 and 726. A Report of Redistribution shall be filed with the Court prior to the Trustee's Distribution Report and Certification of Full Administration and the US Trustee's Review of the Trustee's Distribution Report; and

3. Any dividend of less than $5.00 may be paid into the Registry of the Court without further application or order.

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

Dated: 3/6/23
St. Louis, Missouri

**Reported Alias Information:**
Rhonda Lanette Hamilton –
–

Rev. 02/18 otfr