**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

| | |
|---|---|
| **In re** | **Case No.: 17−45548 − A659** |
| **Debtor(s):** | **Chapter: 7** |

Rhonda Lanette Hamilton
− See below for reported alias information
xxx−xx−8028

− See below for reported alias information

### ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION FOR COMPENSATION

The Chapter 7 Trustee's Application for Compensation is before the Court. Notice of the Application has been given to all parties in interest, and no objections to the Application have been timely filed.

IT IS, THEREFORE, **ORDERED** that the Application for Compensation is GRANTED, and the Chapter 7 Trustee is hereby allowed and authorized to pay compensation in the amount of $4922.50 and reimbursement of expenses in the amount of $189.60.

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

Dated: 3/6/23
St. Louis, Missouri

**Reported Alias Information:**
Rhonda Lanette Hamilton −
−

Rev. 2/14 otfeeapl